IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NADER TURKI ALDOSSARI, on behalf of as parent and natural guardian of RAKAN NADAR ALDOSSARI,<br>*Plaintiff*<br><br>v.<br><br>JOSEPH C. RIPP, *et al.*,<br>*Defendants* | :<br>:<br>:<br>: CIVIL ACTION<br>:<br>:<br>:<br>:  No. 20-3187<br>: |

## ORDER

AND NOW, this 26th day of January, 2021, upon consideration of Plaintiff's Motion for Alternative Service (Doc. No. 52), it is **ORDERED** that Plaintiff's Motion (Doc. No. 52) is **GRANTED IN PART**.

Plaintiff shall serve Defendant Mohammed bin Salman bin Abdulaziz Al Saud with the following documents in English and translated into Arabic (1) the Summons issued on each of October 5, 2020 and December 23, 2020, (2) the Amended Complaint (Doc. No. 10), (3) the Complaint (Doc. No. 1), and (4) a copy of this Order, by email, with return receipt requested, and certified mail to:

> Michael Kellogg, Esq.
> Kellogg Hansen Todd Figel & Frederick PLLC
> Sumner Square, 1615 M. Street, N.W., Suite 400
> Washington, D.C. 20036
> mkellogg@kellogghansen.com

Plaintiff shall serve the above-listed documents within 30 days of entry of this Order and shall file a declaration as proof of service with the Court.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1