IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NADER TURKI ALDOSSARI, on behalf of as parent and natural guardian of RAKAN NADAR ALDOSSARI, *Plaintiff* | : : : : : | CIVIL ACTION |
| v. | : : | |
| JOSEPH C. RIPP *et al.*, *Defendants* | : : | No. 20-3187 |

## ORDER

**AND NOW**, this 5th day of May, 2021, upon consideration of Plaintiff's Amended Complaint (Doc. No. 10), Joseph Ripp's Motion to Dismiss the Amended Complaint (Doc. No. 13), Plaintiff's Response in Opposition (Doc. Nos. 44, 45), Saudi Aramco's Motion to Dismiss the Amended Complaint (Doc. No. 21), Plaintiff's Response in Opposition (Doc. Nos. 46, 47), Saudi Aramco's Reply in Further Support of its Motion (Doc. No. 50), Plaintiff's Surreply (Doc. No. 51), Saudi Aramco's Motion to Strike Plaintiff's Surreply (Doc. No. 53), Plaintiff's Response in Opposition to the Motion to Strike (Doc. No. 54), the Crown Prince Mohammed bin Salman bin Abdulaziz al Saud's Motion to Dismiss the Amended Complaint (Doc. No. 76) and supporting Declaration (Doc. No. 77), Plaintiff's Response in Opposition (Doc. Nos. 88, 89), the Kingdom of Saudi Arabia's Motion to Dismiss the Amended Complaint (Doc. No. 78) and supporting Declaration (Doc. No. 79), and Plaintiff's Response in Opposition (Doc. Nos. 90, 91, 92), it is **ORDERED** that:

1. The Motions to Dismiss (Doc. Nos. 13, 21, 76, 78) are **GRANTED WITHOUT PREJUDICE**.

2. Saudi Aramco's Motion to Strike (Doc. No. 53) is **DEEMED MOOT**.

1

3. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

_/s/ Gene E.K. Pratter_
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE