IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NADER TURKI ALDOSSARI, on              )
behalf of as parent and natural           )
guardian of RAKAN NADER               )
ALDOSSARI,                                )
                                          )        Case No. 2:20-cv-03187 (GEKP)
     Plaintiff                    )
                                          )
v.                                        )
                                          )
JOSEPH C. RIPP, MOHAMMED          )
BIN NAIF ALSAUD, THE                  )
KINGDOM OF SAUDI ARABIA,          )
SAUDI EST. OF THE                       )
DEVELOPMENT OF RIYADH,           )
SAUDI ARAMCO, EXPERT               )
REFINERY WESTERN                     )
HEMISPHERE, LTD;                       )
TRANSCONTINENTAL OIL, AND       )
FINANCIAL GROUP OF                    )
AMERICA, INC., MOHAMMED          )
BIN SALMAN BIN ABDULAZIZ          )
AL SAUD,                                  )
                                          )
     Defendants                  )

## PLAINTIFF'S REQUEST FOR CLARIFICATION AS TO FINALITY OF COURT'S MAY 6, 2021 ORDER

AND NOW, comes Plaintiff NADER TURKI ALDOSSARI, on behalf of as parent and

natural guardian of RAKAN NADER ALDOSSARI, by and through his attorneys, James T.

Tallman, Esquire, and Elliott & Davis, P.C., and files this Request for Clarification as to Finality

of the Court's May 6, 2021 Order, and in support thereof states as follows:

1.     On May 6, 2021, this Court entered an Order dismissing Plaintiff's Complaint without prejudice. (ECF #98)

2.     The Order does not make reference to any action to be taken by Plaintiff, e.g., to amend the Complaint or refile.

3.     Since the Order is without prejudice, it is not appealable.  See *Weber v. McGrogan*, 939 F.3d 232 (3d Cir. 2019).

4.     Plaintiff would like to be able to appeal the Court's Order based on the Amended Complaint as it stands.

5.     Plaintiff respectfully requests the Court to clarify whether its May 6, 2021 Order is appealable and whether Plaintiff may stand on the Complaint and appeal.

WHEREFORE, Plaintiff respectfully requests this Court to clarify whether it's May 6, 2021 Order is appealable and whether Plaintiff may stand on the Complaint and appeal.

Respectfully submitted,

ELLIOTT & DAVIS, PC.

By:  ___/s/*James T. Tallman*___
James T. Tallman, Esquire
Attorney for Plaintiff
Pa. Bar #79257

6425 Living Place Avenue
Pittsburgh PA 15201
(412) 434-4911 ext. 17

**CERTIFICATE OF COMPLIANCE**

I certify that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by: <u>  Counsel for Plaintiff        </u>

Signature: <u>*/s/ James T. Tallman*          </u>

Name: <u>James T. Tallman, Esquire</u>

Attorney No. (if applicable): <u>79257        </u>