IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NADER TURKI ALDOSSARI, on behalf of as parent and natural guardian of RAKAN NADAR ALDOSSARI, *Plaintiff* | : : : : : | CIVIL ACTION |
| v. | : : | |
| JOSEPH C. RIPP *et al.*, *Defendants* | : : | No. 20-3187 |

### ORDER

AND NOW, this 24th day of May, 2021, upon consideration of the Court's prior Order granting the motions to dismiss without prejudice (Doc. No. 98) and Plaintiff's Notice to Stand on the Amended Complaint (Doc. No. 99), it is **ORDERED** that this case is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1